[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 13, 2009
THOMAS K. KAHN
CLERK

No. 09-12766
Non-Argument Calendar

_____

D. C. Docket No. 08-00065-CR-1-WS-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD LEE BRADLEY,
a.k.a. Pepper,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(October 13, 2009)

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Richard Lee Bradley in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Bradley's conviction and sentence are AFFIRMED.